SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**NICOLE M. BOCKELMAN, OSB #105934**
Assistant United States Attorney
Nicole.Bockelman@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**JOSIAH MARIANO RIOS-ARROYO,**

**Defendant.**

**3:25-cr-00336-IM**

**GOVERNMENT'S SENTENCING MEMORANDUM**

## INTRODUCTION

Defendant's case stems from an undercover investigation where defendant participated in a marijuana sale with an undercover agent while a fellow gang member sold the agent guns. Defendant is young, but is already very active in the Sureño street gang community, and was an integral piece of the drugs and guns sale that took place on February 6, 2025.

The facts of the instant offense combined with defendant's criminal history support the parties' joint recommendation of time served with three years of supervised release. It is the

government's position that a time served sentence is sufficient but not greater than necessary to meet the court's goals in sentencing; this Court should impose the jointly recommended time served sentence with three years of supervised release.

## FACTUAL BACKGROUND

### A. The Offense Conduct

In July of 2023, agents with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) began their investigation into Norteño and Varrio Catorce members in the Salem, Oregon area. Investigators learned Christopher Hermens, a known Varrio Catorce member, was on parole for robbery and was communicating about selling firearms and controlled substances.

An undercover agent with ATF (UC) began communicating with Hermens and they arranged purchases of controlled substances and firearms. On February 6, 2025, UC and Hermens communicated through text messages and phone conversations and agreed to meet later that day for a sale of marijuana and guns. Hermens and the UC arranged to meet at the Peppermill Pub in Portland, Oregon. Hermens arrived at the pub in his Subaru, saw police cars, and instructed UC to meet him in the parking lot of a Baskin Robins in Beaverton, Oregon.

Hermens arrived at the Baskin Robins with defendant in his vehicle. Hermens sat in the driver's seat and defendant sat in the back passenger driver's side seat. UC arrived and shook hands with Hermens and defendant and entered the front passenger seat. Defendant used the flashlight from his cellphone to show UC the marijuana defendant brought to sell to the UC. Hermens told the UC the guns were inside the shoe box under the marijuana.

The UC asked defendant and Hermens if the marijuana weighed 2 pounds and defendant answered, "it's a little more". The UC asked if the marijuana was the same type of marijuana that the UC previously purchased, and Hermens answered, "nah, this one's different" and

defendant said, "that shit good though". The UC opened the shoe box under the marijuana and saw two firearms. The UC asked if the guns were hot and both Hermens and defendant shook their heads, "no". The UC gave Hermens cash for the marijuana and firearms, and Hermens started to count the money, and later handed the cash to defendant, who counted the money. During the purchase, the UC bought 2.4 pounds of marijuana from defendant as well as a Glock pistol, model 27 and a Smith & Wesson pistol from Hermens.

**The Charge**

On August 23, 2025, defendant waived indictment and pled guilty to a single-count Information which charged that on or about February 6, 2025, in the District of Oregon, defendant knowingly and intentionally distributed a detectable quantity of marijuana to another person, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C). PSR at ¶1

**B. Guidelines Calculations**

The Pre-Sentence Report (PSR) determined defendant's base level to be 8 under USSG § 2D1.1 and his total offense level to be 6 after all adjustments. PSR at ¶27. The parties have no dispute with the PSR calculations.

**C. Criminal History**

| Crime | Conviction Date | Jurisdiction | Sentence |
|---|---|---|---|
| Attempted Assault III (misd), Disorderly Conduct II (misd), (Age 14) | 11/07/2022 | Marion County, OR | 1 year Oregon Youth Authority |
| Attempted Assault I (felony) (Age 15) | 11/07/2022 | Marion County, OR | 8 days jail; 10 years OYA |
| Criminal Trespass II (misd) (Age 17) | 04/24/2025 | Marion County, OR | 30 days jail |

The total criminal history score for the above convictions is four and the corresponding Criminal History Category is III. USSG § 4A1.1(e); PSR at ¶ 35.

**D. Government's Recommended Sentence**

The parties jointly recommend a credit for time served sentence with three years of supervised release. The government makes this recommendation because of the defendant's age and his low level of involvement in the underlying investigation. A time served sentence with three years of supervised release will require the defendant to follow the terms of his supervision and the court's orders.

The parties recommend a prison sentence of time served followed by three years of supervised release because this is a sentence that is sufficient but not greater than necessary to comply with the four identified purposes of sentencing: just punishment, deterrence, protection of the public, and rehabilitation. *Dean v. United States,* 137 S. Ct. 1170, 1175 (2017); 18 U.S.C. §3553(a).

The nature and circumstances of the underlying offense demonstrate to the court that the jointly recommended sentence of time served with three years of supervised release is an appropriate sentence in this case. The jointly recommended time served sentence followed by three years' supervised release should be imposed.

**CONCLUSION**

Based on the foregoing, the government urges that this Court impose the jointly recommended time served sentence, followed by three years' supervised release, subject to the

\\\

\\\

\\\

\\\

standard conditions, plus the special conditions that have been recommended in the PSR, and imposition of a $100 fee assessment.

Dated: December 8, 2025

Respectfully submitted,

SCOTT BRADFORD
United States Attorney

*/s/ Nicole M. Bockelman*
NICOLE M. BOCKELMAN, OSB #105934
Assistant United States Attorneys